ALEX G. TSE (CABN 152348)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830/7157
    Fax: (415) 436-7234
    Kyle.Waldinger@usdoj.gov
    Adam.Reeves@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-0385 HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR ENTRY OF PLEA** |
| v. | |
| ROSHANLAL CHAGANLAL, | |
| Defendant. | |

## STIPULATION

The United States and the defendant, Roshanlal Chaganlal, through undersigned counsel, hereby stipulate and agree as follows:

1. On July 20, 2017, the United States filed a one-count Information naming the defendant Roshanlal Chaganlal. The case was originally assigned to the Honorable Jeffrey S. White. On July 21, 2017, the United States filed Notices of Related Case in this case and two other cases pending before the Honorable Haywood S. Gilliam, Jr. On August 2, 2017, this case was found to be related to the cases pending before Judge Gilliam and reassigned to him.

2. The United States and the defendant Roshanlal Chaganlal agree that the parties

STIPULATION AND [PROPOSED] ORDER
CR 17-0385 HSG

1 should appear before Judge Gilliam on August 7, 2017, at 2:00 p.m. for entry of plea. The
2 United States will provide an unsigned copy of the contemplated plea agreement to the Court in
3 advance of the August 7, 2017, hearing.
4     3. For the Court's information, the United States has requested that the matter be put
5 on the Honorable Donna M. Ryu's calendar for the morning of August 7, 2017, for initial
6 appearance, arraignment, and formal identification of counsel. (Judge Ryu previously appointed
7 attorney Cohen to represent the defendant. *United States* v. *Chaganlal*, 4:15-xr-90713 DMR.)

STIPULATED AND AGREED TO:

DATED: August 2, 2017

          ALEX G. TSE
          Attorney for the United States
          Acting Under Authority Conferred
          by 28 U.S.C. § 515

/s/
_____
KYLE F. WALDINGER
ADAM A. REEVES
Assistant United States Attorneys

DATED: August 2, 2017

/s/
_____
JOSH A. COHEN
Counsel for Defendant
Roshanlal Chaganlal

## [~~PROPOSED~~] ORDER

Based on the above stipulation by the parties, it is hereby **ORDERED** that this matter be placed on this Court's calendar on August 7, 2017, at 2:00 p.m. for entry of plea.

DATED: __August 3, 2017__

*[signature: Haywood S. Gilliam, Jr.]*

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge
Northern District of California

STIPULATION AND [~~PROPOSED~~] ORDER
CR 17-0385 HSG           2